JOSEPH T. MCNALLY
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Divisions
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
JILL S. CASSELMAN (Cal. Bar No. 266085)
MATTHEW J. SMOCK (Cal. Bar No. 293542)
Assistant United States Attorneys
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, CA 90012
    Telephone: (213) 894-0165; 0397
    Facsimile: (213) 894-7819
    E-mail: Jill.Casselman@usdoj.gov
    E-mail: Matthew.Smock@usdoj.gov

Attorneys for Plaintiff UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:20-cv-11020-WLH-AS |
| Plaintiff, | **NOTICE OF PROPOSED SETTLEMENT; DECLARATION OF MATTHEW J. SMOCK** |
| v. | |
| SOUTHERN CALIFORNIA EDISON COMPANY and Does 1 to 10, | [PROPOSED] ORDER |
| Defendants. | Hon. Wesley L. Hsu<br>United States District Judge |

1

1    Following private mediation, the parties have reached a proposed settlement
2 subject to Department of Justice approval.  The parties respectfully request that the Court
3 vacate the trial date and all pretrial deadlines and stay this action for 120 days.  A
4 statement of good cause and the matters required by this Court's Standing Order are
5 contained within the accompanying Declaration of Matthew J. Smock.  A [Proposed]
6 Order consistent with this request is attached hereto.

8  Dated: October 10, 2023            Respectfully submitted,

JOSEPH T. MCNALLY
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section


 /s/ Matthew J. Smock*
JILL S. CASSELMAN
MATTHEW J. SMOCK
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

*Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

2

| | | |
|---|---|---|
| 1 | Dated: October 10, 2023 | Respectfully submitted, |
| 2 | | HUESTON HENNIGAN LLP |

       /s/ Douglas J. Dixon
JOHN C. HUESTON
DOUGLAS J. DIXON
CRAIG A. FLIGOR

Attorneys for Defendant
SOUTHERN CALIFORNIA EDISON COMPANY

**DECLARATION OF MATTHEW J. SMOCK**

I, Matthew J. Smock, do hereby declare and state as follows:

1. I am an Assistant United States Attorney employed by the United States Attorney's Office for the Central District of California, attorneys of record for Plaintiff. The facts set forth herein are of my own personal knowledge, or known to me based on information and belief, and, if sworn, I could and would testify competently thereto.

2. On October 2, 2023, the parties reached a tentative settlement following private mediation, which is subject to approval of the Department of Justice in Washington D.C. Once a settlement agreement is drafted and the parties fully approve the form of the settlement agreement, the agreement is sent to Washington D.C. for approval. That approval process is anticipated to take at least two months. Therefore, it is anticipated that 120 days are needed to obtain approval for and finalize the proposed settlement.

3. This is the second request to modify the case schedule. The parties previously requested a continuance of the trial date (and all pretrial deadlines) by approximately eight months. *See* Dkt. 35. The Court approved the parties' first request. *See* Dkt. 36.

4. If the stay is not granted, the parties would be prejudiced by devoting time, money, and resources to litigating a case that the parties have agreed to settle, subject to Department of Justice approval.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of October, 2023, at Santa Ana, California.

/s/ Matthew J. Smock
MATTHEW J. SMOCK