1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | No. 2:20-cv-11020-WLH-AS |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING STIPULATION RE: NOTICE OF PROPOSED SETTLEMENT [ECF NO. 45]** |
| v. | |
| SOUTHERN CALIFORNIA EDISON COMPANY and Does 1 to 10, | |
| Defendants. | |

1

On October 3, 2023, the Parties filed the Notice of Proposed Settlement. ECF No. 45. The Court, having considered the Parties' stipulation and the supporting declaration, and finding good cause therefor, hereby GRANTS the stipulation and ORDERS as follows:

    1.    This case is HEREBY STAYED for 120 days from the date of this Order; and

    2.    The June 3, 2024 trial date and all pretrial deadlines are HEREBY VACATED.

**IT IS SO ORDERED.**

Dated:_____    _____
                                                             WESLEY L. HSU
                                                             United States District Judge